UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

MARINA SABILLON
AS NEXT FRIEND OF
GUSTAVO ENRIQUE LOPEZ
CARDONA,

Case No. 2:26-cv-40

                    Petitioner,

Honorable Hala Y. Jarbou

v.

UNKNOWN PARTY et al.,

                    Respondents.

_____/

## ORDER

This is a habeas corpus action brought by counsel on behalf of an individual previously detained by the United States Immigration and Customs Enforcement (ICE). In an Opinion and Judgment entered on March 6, 2026, the Court conditionally granted Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, ordering Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) or, in the alternative, immediately release Petitioner from custody (Op. & J., ECF Nos. 12, 13.) On March 16, 2026, Respondents filed a status report indicating that a bond hearing had been held on March 13, 2026, and that the Immigration Judge denied Petitioner bond, finding Petitioner to be a flight risk. (Status Report, ECF No. 15; Immigration Judge Order, ECF No 15-1.)

On March 18, 2026, Petitioner filed a "motion for order to show cause why Respondents should not be held in contempt" (ECF No. 17) and a motion to enforce judgment (ECF No. 18), claiming that Petitioner was not provided with proper notice in accordance with the Court's March

6, 2026, opinion and judgment. However, on March 26, 2026, Respondents filed a status report indicating that Petitioner had been released from custody on March 26, 2026. (ECF No. 19.)

"Under Article III of the United States Constitution, federal courts have the power to adjudicate only 'Cases' and 'Controversies.'" *Cal. Palms Addiction Recovery Campus, Inc. v. United States*, 158 F.4th 726, 730 (6th Cir. 2025) (quoting *Mokdad v. Sessions*, 876 F.3d 167, 169 (6th Cir. 2017)). "Part of what Article III requires is that there be a *live* case or controversy— 'when the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome,' a case becomes moot." *Id.* (some internal quotations omitted) (citation omitted). "When the case-and-controversy requirement is not satisfied, federal courts lack subject-matter jurisdiction." *Id.* (citing *Mokdad*, 876 F.3d at 170.)

Because Petitioner has been released from custody, which is the relief that Petitioner seeks, this action is now moot, and Petitioner's "motion for order to show cause why Respondents should not be held in contempt" (ECF No. 17) and a motion to enforce judgment (ECF No. 18) are **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

Dated: July 17, 2026                /s/ Hala Y. Jarbou
                                    HALA Y. JARBOU
                                    CHIEF UNITED STATES DISTRICT JUDGE